1  SAMUEL L. JACKSON, City Attorney (SBN 79081)
   **BRETT M. WITTER,** Supervising Deputy City Attorney (SBN 168340)
2  CITY OF SACRAMENTO
   980 Ninth Street, Tenth Floor
3  Sacramento, California 95814-2736
   Telephone:  (916) 808-5346
4  Telecopier:  (916) 808-7455

5  Attorneys for CITY OF SACRAMENTO

6

7                     UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 CALIFORNIA SPORTSFISHING            )   CASE No. 2:03-CV-02452-FCD-PAN
   PROTECTION ALLIANCE,                )
11                                     )   **ORDER EXTENDING TIME TO**
            Plaintiff,                 )   **COMPLETE DISCOVERY AND**
12                                     )   **CONTINUE TRIAL**
   vs.                                 )
13                                     )   [ E.D. Cal. Local Rule 6-142 ]
   CAPITOL RACING, LLC, a California limited )
14 liability company, et al.,          )   "AS MODIFIED"
                                       )
15          Defendants.                )
   _____)
16

17       Having reviewed the STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY

18 AND CONTINUE TRIAL executed and filed by counsel of record for the parties in the

19 above-captioned litigation, and good cause appearing therefore, the court hereby vacates the

20 dates set for Trial, Pretrial Conference, Last day to have Law and Motion Matters Heard, Last

21 Day to Complete Discovery and Last Day to Disclose Experts, as set forth in the court's April

22 13, 2005, "Status (Pretrial Scheduling) Order."

23       The court's scheduling order is hereby amended to include the following dates:

24       Trial                                August 22, 2006 @ 9:00 a.m.
         Pre-Trial Conference                 June 23, 2006 @ 2:30 p.m.
25       Last Day for Law & Motion Hearing    April 21, 2006
         Discovery Completed                  February 24, 2006
26       Expert Disclosures                   December 30, 2005

27 ///

28 ///

                                         1

ca sportfishing stipo 0617.wpd

1  Counsel will advise the court within seven (7) days of reaching any settlement in the
2  above-captioned matter.
3  IT IS SO ORDERED.
4
5  Dated: June 20, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

2

ca sportfishing stipo 0617.wpd