SAMUEL L. JACKSON, City Attorney (SBN 79081)
**BRETT M. WITTER,** Supervising Deputy City Attorney (SBN 168340)
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2604
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for CITY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>                Plaintiff,<br><br>vs.<br><br>CAPITOL RACING, LLC, a California limited liability company, et al.,<br><br>                Defendants.<br>_____ | CASE No. 2:03-CV-02452-FCD-PAN<br><br>**ORDER EXTENDING TIME TO COMPLETE DISCOVERY AND CONTINUE TRIAL**<br><br>[ E.D. Cal. Local Rule 6-142 ]<br><br>"AS MODIFIED" |

Having reviewed the STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY AND CONTINUE TRIAL executed and filed by counsel of record for the parties in the above-captioned litigation on November 23, 2005, and good cause appearing therefore, the court hereby vacates the dates set for Trial, Pretrial Conference, Last day to have Law and Motion Matters Heard, Last Day to Complete Discovery and Last Day to Disclose Experts, as set forth in the court's June 20, 2005, "Order Extending Time to Complete Discovery and Continue Trial."

The court's scheduling order is hereby amended to include the following dates:

| | |
|---|---|
| Trial | April 24, 2007 at 9:00 a.m. |
| Pre-Trial Conference | February 9, 2007 at 1: 30 p.m. |
| Last Day for Law & Motion Hearing | December 1, 2006 |
| Discovery Completed | October 27, 2006 |
| Expert Disclosures | August 25, 2006 |

///

1  Counsel will advise the court within seven (7) days of reaching any settlement in the
2  above-captioned matter.
3  IT IS SO ORDERED.

5  Dated: November 30, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE