CARL P. BLAINE (State Bar No. 65229)
ERIC R. GARNER (State Bar No. 131232)
WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP
10640 Mather Blvd., Ste. 200
Mather, California 95655
Telephone: (916) 920-5286
Facsimile: (916) 920-8608

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

## STATE OF CALIFORNIA

### EASTERN DISTRICT

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff(s),<br><br>v.<br><br>THE CALIFORNIA EXPOSITION AND STATE FAIR, a political subdivision of the State of California, CAPITOL RACING, LLC, a California Limited Liability Company, THE CITY OF SACRAMENTO, and DOES 1 through 100,<br><br>Defendant(s). | Case No. CIV.S 03-2452 EJG PAN<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY**<br><br>"AS MODIFIED" |

Plaintiff California Sportsfishing Protection Alliance and Defendants Capitol Racing, The California Exposition and State Fair and the City of Sacramento, by and through their respective counsel, hereby stipulate to the following request that the court order a continuance of the "Last Day for Law and Motion Hearing," "Discovery Completed," and "Expert Disclosures" time lines set forth in its "Order Extending Time to Complete Discovery and Continue Trial" dated November 30, 2005.

{07055.00000 / 00285664.DOC.1}                              1
STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY

This is the parties' fourth request for an extension of time. The parties make this request because they are currently attempting to negotiate a settlement.

This litigation involves allegations of violations of the United States Clean Water Act against all defendants. Specifically, plaintiffs allege violations of the Act as a result of discharges from the horse racing facility at Cal Expo.

The parties make this request for an extension of time to disclose experts, complete discovery and resolve disputes concerning the same as a means of avoiding the time and expense of undertaking this discovery that would otherwise be necessary to prepare this case for trial. As attorney's fees are at issue in this case, any additional legal services performed at this time necessarily impacts the parties' ability to settle this matter without a trial. Given the strong likelihood of settlement, counsel believes it would be a misuse of resources to continue at this time with the expert discovery.

Counsel have met and conferred on the issue, and agree that a continuance of approximately 45 days should be adequate for the parties to reach a consensus on and document the settlement points currently being discussed. This delay will also prevent the parties from having to engage in expensive and time-consuming discovery.

Therefore, the parties stipulate to the following schedule, and request that the court order that its November 30, 2005 Order be amended to reflect the following dates, or some other similar dates that are more conducive to the court's schedule:

| | |
|---|---|
| Jury Trial | July 31, 2007 at 9:00 a.m. |
| Pre-Trial Conference | May 25, 2007 at 3:30 p.m. |
| Last Day for Law & Motion Hearing | March 2, 2007 |
| Discovery Completed | December 8, 2006 |
| Expert Disclosures | October 6, 2006 |

Counsel will advise the court immediately upon reaching agreement on the settlement agreement.

///

///

///

Dated:                                         WAGNER KIRKMAN BLAINE
                                               KLOMPARENS & YOUMANS LLP


                                               By:    /s/    Carl P. Blaine
                                                   CARL P. BLAINE,
                                                   Attorneys for Plaintiff, California Sportfishing
                                                   Protection Alliance

Dated:                                         STEVENS & O'CONNELL


                                               By:    /s/    Craig Allison
                                                   CRAIG ALLISON,
                                                   Attorneys for Defendant, Capitol Racing, LLC


Dated:                                         EILEEN M. TEICHERT, City Attorney
                                               CITY OF SACRAMENTO


                                               By:    /s/    Brett M. Witter
                                                   BRETT M. WITTER,
                                                   Supervising Deputy City Attorney,
                                                   Attorneys for Defendant, City of Sacramento


Dated:                                         BILL LOCKYER, Attorney General
                                               STATE OF CALIFORNIA


                                               By:    /s/    Jeremiah D. Blair
                                                   JEREMIAH D. BLAIR,
                                                   Deputy Attorney General
                                                   Attorneys for Defendant, California Exposition
                                                   and State Fair


   The pretrial scheduling order shall be modified as noted above in the stipulation.  No further modifications by stipulation will be considered.  All future requests must be made by a properly filed and noticed motion in accordance with Local Rule 78-230.

IT IS SO ORDERED.

Dated: July 18, 2006                           /s/ Frank C. Damrell Jr.
                                               JUDGE OF THE U.S. DISTRICT COURT

{07055.00000 / 00285664.DOC.1}                 3
STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY