UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

        Plaintiff(s),

  v.

CAPITOL RACING, LLC, et al.,

        Defendant(s).
_____/

NO. CIV. S-03-2452 FCD/EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the parties in the above action the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 30, 2006.  All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: October 6, 2006

                      /s/ Frank C. Damrell Jr.
                      FRANK C. DAMRELL, JR.
                      United States District Judge