CARL P. BLAINE (State Bar No. 65229)
ERIC R. GARNER (State Bar No. 131232)
WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP
10640 Mather Blvd., Ste. 200
Mather, California 95655
Telephone:  (916) 920-5286
Facsimile:    (916) 920-8608

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>            Plaintiff,<br><br>    v.<br><br>THE CALIFORNIA EXPOSITION AND STATE FAIR, a political subdivision of the State of California, CAPITOL RACING, LLC, a California Limited Liability Company, THE CITY OF SACRAMENTO, and DOES 1 through 100,<br><br>            Defendants. | Case No. 2:03-cv-02452 FCD-EFB<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |
|---|---|

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned stipulate and agree that the above-referenced action be dismissed with prejudice, according to the terms of the parties' settlement agreement dated October 1, 2006, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: November 29, 2006

WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP


By:  /s/ Carl P. Blaine
    CARL P. BLAINE,
    Attorneys for Plaintiff
    CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE

{07055.00000 / 00299018.DOC.2}

STIPULATION FOR DISMISSAL AND ORDER THEREON

| | | |
|---|---|---|
| 1 | DATED: November 29, 2006 | STEVENS & O'CONNELL |
| 2 | | |
| 3 | | By: /s/ Craig Allison |
| 4 | | CRAIG ALLISON<br>Attorneys for Defendant |
| 5 | | CAPITOL RACING |
| 6 | DATED: November 29, 2006 | EILEEN M. TEICHERT, City Attorney |
| 7 | | CITY OF SACRAMENTO |
| 8 | | |
| 9 | | By: /s/ Brett M. Witter<br>BRETT M. WITTER, |
| 10 | | Supervising Deputy City Attorney<br>Attorneys for Defendant |
| 11 | | CITY OF SACRAMENTO |
| 12 | DATED: November 29, 2006 | BILL LOCKYER, Attorney General |
| 13 | | STATE OF CALIFORNIA |
| 14 | | |
| 15 | | By: /s/ Jeremiah D. Blair<br>JEREMIAH D. BLAIR, |
| 16 | | Deputy Attorney General<br>Attorneys for Defendant |
| 17 | | CALIFORNIA EXPOSITION<br>AND STATE FAIR |

ORDER

IT IS SO ORDERED.

Dated: November 30, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

{07055.00000 / 00299018.DOC.2}

STIPULATION FOR DISMISSAL AND ORDER THEREON